1  DALE L. ALLEN, JR., SBN 145279
   DIRK D. LARSEN, SBN 246028
2  KEVIN P. ALLEN, SBN 252290
   LOW, BALL & LYNCH
3  505 Montgomery Street, 7th Floor
   San Francisco, California  94111-2584
4  Telephone  (415) 981-6630
   Facsimile   (415) 982-1634
5  dallen@lowball.com
   dlarsen@lowball.com
6  kallen@lowball.com

7  Attorneys for Defendants
   CITY OF MERCED; MERCED OFFICER PINNEGAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| GREGORY WILLIAMS, | Case No.1:10-cv-01999-OWW-MJS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE |
| v. | |
| CITY OF MERCED; a municipal corporation; Merced Police Officer PINNEGAR (ID#215) individually and in his official capacity as a police officer for THE CITY OF MERCED; and DOES 1 through 15, inclusive, | Date:        April 13, 2011
Time:        8:15 a.m.
Courtroom:  3 |
| Defendants. | Judge:       Honorable Oliver W. Wanger |

The parties to the above-captioned action, through their respective counsel, hereby stipulate to continue the Mandatory Scheduling Conference currently scheduled for April 13, 2011, at 8:15 a.m. to April 27, 2011, at 8:15 a.m., in Courtroom 3 of the above-entitled Court.  The grounds for this stipulation are that Dale L. Allen, Jr., trial counsel for Defendants, will be on a plane en route to Seattle, Washington on April 13, 2011 for previously scheduled depositions.

///

///

///

SO STIPULATED.

Dated: April 4, 2011.

                LOW, BALL & LYNCH

              By  /s/  Dale L. Allen, Jr.
                DALE L. ALLEN, JR.
                Attorneys for Defendants
                CITY OF MERCED; MERCED POLICE OFFICER
                PINNEGAR

Dated: April 4, 2011.

                LAW OFFICES OF JOHN L. BURRIS

              By  /s/  Adante Pointer
                JOHN L. BURRIS
                ADANTE POINTER
                Attorneys for Plaintiff
                GREGORY WILLIAMS

**ORDER**

Pursuant to the stipulation of the parties herein, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently scheduled for April 13, 2011, be continued to April 27, 2011, at 8:15 a.m., in Courtroom 3 of the above-entitled Court.

IT IS SO ORDERED.

Dated: <u>April 5, 2011</u>

                /s/ OLIVER W. WANGER
                United States District Judge