UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WILLIAMS, <br><br> Plaintiff <br><br> vs <br><br> CITY OF MERCED ET.AL , <br><br> Defendants | **NEW CASE NO.   1:10-CV-01999 MJS** <br><br> ORDER ASSIGNING CASE <br> RE PRESIDING JUDGE <br><br> Old Case No.  1:10-CV-01999—MJS |

  IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge MICHAEL J. SENG as Presiding Judge of the above entitled action.  Plaintiff filed his consent on October 18, 2011, and Defendant filed his consent on October 18, 2011, under Title 28, U.S.C. Sec. 636(c)(1)  to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

  ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

1:11-cv-01999-MJS

IT IS SO ORDERED.

Dated:   October 19, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE