JOHN L. BURRIS, ESQ.   CSB#69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621-1939
Tel: (510) 839-5200
Fax: (510) 839-3882
E/M: John.Burris@JohnBurrisLaw.com
Attorneys for Gregory Williams

DAVID E. DRIVON, ESQ. #158369
LAW OFFICE OF DAVID DRIVON
215 N. San Joaquin Street
Stockton, CA 95202
Tel: (209) 942-3276
Fax: (209) 463-7668
E/M: Ddrivon@ Comcast.net

DALE L. ALLEN, JR., SBN 145279
KEVIN P. ALLEN, SBN 252290
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, CA 94111
Tel: (415)981-6630
Fax: (415) 982-1634
E/M: dallen@lowball.com
E/M: kallen@lowball.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (FRESNO)

| | |
|---|---|
| GREGORY WILLIAMS,<br><br>        Plaintiff,<br><br>vs<br><br>CITY OF MERCED; a municipal corporation; Merced police Officer PINNEGAR (ID#215) individually and in his official capacity as a police officer for the CITY OF MERCED; and DOES 1 through 15, inclusive,<br><br>        Defendants. | Case 1:10-cv-01999-MJS<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, DEFENDANTS' REPLY BRIEF AND THE HEARING DATE**<br><br>Honorable Michael J. Seng |

The parties, Plaintiff Gregory Williams, and Defendants City of Merced, Officers Pinnegar, et al., by and through their respective attorneys, stipulate that the time for filing all remaining documents and noticed hearing in this matter be extended by one week, i.e.: Plaintiffs' Opposition to Defendants' Motion for Summary Judgment from December 28, 2012 to January 4, 2013; Defendants' Reply Brief from January 4, 2013 to January 11, 2013, and the hearing in this matter from January 11, 2013 to January 18, 2013.

1. This action arises out of an encounter between Plaintiff Gregory Williams and Defendant City of Merced Police Officers, including Defendant Officer Pinnegar, in Plaintiff's home on September 9, 2009, from which Plaintiff suffered injuries and was ultimately arrested.

2. Plaintiff filed a Complaint for Damages for Violation of Civil Rights on October 21, 2010.

3. Defendants filed a Motion for Summary Judgment on December 14, 2012.

4. According to the Court's scheduling order, Plaintiff's Opposition to Defendants' Motion for Summary Judgment is due on December 28, 2012; Defendant's Reply is due on January 4, 2013, and the hearing is noticed for January 11, 2013.

5. Due to the Plaintiff's counsels' heavy caseload, holiday schedule and holiday travel plans, Plaintiff needs additional time in which to prepare Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Because extending time to file Plaintiff's Opposition Brief implicates all other deadlines in this matter, the parties request that all remaining deadlines and the hearing date regarding Defendants' Motion for Summary Judgment be extended by one week, as follows: Plaintiff's Opposition to

Defendants' Motion for Summary Judgment due on January 4, 2013; Defendants' Reply due on January 11, 2013, and the hearing be held on January 18, 2013.

6. To date, no previous time modifications have been made in this case by stipulation or by Court order.

7. IT IS HEREBY STIPULATED between Plaintiff and the Defendants, through their respective counsel, that the time to file the remaining briefs in this matter and the scheduled hearing date be extended by one week, as follows: Plaintiff's Opposition to Defendants' Motion for Summary Judgment from December 28, 2012 to January 4, 2013, Defendants' Reply from January 4, 2013 to January 11, 2013, and the **scheduled hearing from January 11, 2013, to January 18, 2013**.

Dated: December 19, 2012          LAW OFFICES OF JOHN L. BURRIS

By: /s/ Adante Pointer_____
Adanté Pointer, Esq.
   Attorneys for Plaintiff

Dated: December 19, 2012          LOW, BALL & LYNCH

By:\_\_Kevin Allen_____
   Kevin P. Allen
   Attorneys for Defendants

### ORDER

Good cause appearing, it is so Ordered and the January 11, 2013 Hearing is continued to January 18, 2013.

Dated:  January 2, 2013          /s/Michael J. Seng
                                 U.S. Magistrate Judge

**PARTIES JOINT MOTION FOR EXTENSION OF TIME**
**Case 1:10-cv-01999-OWW-MJS**                                                    3

Case 1:10-cv-01999-MJS   Document 30   Filed 01/03/13   Page 4 of 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28