# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF MERCED, OFFICER PINNEGAR,<br><br>    Defendants. | Case No. 1:10-cv-01999-MJS (PC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY ORDER UPON SETTLEMENT**<br><br>**DATE:** October 30, 2013<br>**TIME:** 9:30 a.m.<br>**PLACE:** Courtroom 9<br>**JUDGE:** The Honorable Stanley A. Boone |

Plaintiff Gregory Williams ("Plaintiff") filed this civil rights action on October 22, 2010 pursuant to 42 U.S.C. § 1983. On August 28, 2013, a settlement conference was held before Magistrate Judge Stanley A. Boone. Settlement was reached, terms and conditions of settlement were placed on the record, and pending dates were vacated. (ECF No. 88.) The parties were ordered to disburse settlement payments within two weeks and file dispositive documents with the Court seven days thereafter. (Id.) The September 18, 2013 deadline to file dispositive documents has passed without such documents, or a request for extension of time, being filed.

A failure to file dispositional documents on the date prescribed by the Court may be grounds for sanctions. Fed. R. Civ. P. 11, 16; Local Rules 110, 160. Here the parties have not responded to the Court ordered deadline for filing dispositional documents.

1

Accordingly, it is HEREBY ORDERED THAT:

Counsel for the parties shall appear on the date and at the time specified above, before Magistrate Judge Boone, to show cause why sanctions should not be imposed for failure to file dispositional documents upon settlement by the date prescribed by the Court.

IT IS SO ORDERED.

Dated:   October 7, 2013              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE